IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| | § CASE NUMBER 6:20-CR-00097-JCB |
| v. | § |
| | § |
| | § |
| DUSTY RAQUEL DUDLEY (7), | § |
| | § |

CONSENT TO ADMINISTRATION OF GUILTY PLEA AND
FED. R. CRIM. P. 11. ALLOCUTION
BY UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken by the district judge and after discussing this matter with my counsel, I hereby voluntarily agree and consent to have United States Magistrate Judge, JOHN D. LOVE, hear the guilty plea and make findings as to whether the plea was knowingly and voluntarily entered, and to recommend to the District Court whether the plea should be accepted. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

Signed: Wednesday, September 22, 2021

_____
Defendant

_____
Attorney for Defendant

_____
Assistant United States Attorney