IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:20-CR-97-07 |
| DUSTY RAQUEL DUDLEY (07) | § § | JUDGES JCB/JDL |

## FACTUAL BASIS

Investigation by Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), Drug Enforcement Administration (DEA), the Upshur County Sheriff's Office, and the Gregg County Sheriff's Office disclosed the following facts that establish that I, the defendant, **Dusty Raquel Dudley**, committed the conduct described in Count 2 of the indictment, which charges a violation of 18 U.S.C. § 924(c) (use, carrying, and possession of a firearm during and in furtherance of a drug trafficking crime). I agree that the following factual basis is true and correct:

1. On November 20, 2019, I was arrested in Upshur County, in the Eastern District of Texas, after a traffic stop where I was the passenger in another person's car. Upshur County Sheriff's Deputies observed the car in which I was riding fail to signal within 100 feet of a turn and initiated a traffic stop. After the driver exited the vehicle to speak with the deputy, the deputy observed marijuana in plain view where the driver had been sitting. The deputies then conducted a search of the vehicle based on probable cause. I was required to exit the vehicle, and the deputies located a Smith & Wesson SD 9mm handgun in my seat, which I claimed. Deputies also located my notebook that

Factual Basis - Page 1

contained records of drug transactions, which I also admitted to the deputies. The deputies then searched my wallet and located a Xanax pill. I was then arrested. Further search discovered Adderall hidden in my waistband; methamphetamine and pills hidden in my shoe; and additional pills, baggies, and digital scales in other areas of the car.

2. I agree and stipulate that I possessed the firearm to protect myself. I agree and stipulate that my concern for my safety was in part due to my drug trafficking activities, which I know to be inherently dangerous. Therefore, I agree and stipulate that my carrying of the Smith & Wesson handgun was during and relation to my drug trafficking activities.

3. I am pleading guilty to Count 2 in this case because I am guilty of the violation alleged. I have had an opportunity to consult with an attorney and I am satisfied with the advice and counsel provided to me. I acknowledge that these acts violated 18 U.S.C. § 924(c)(1)(A). I agree and stipulate that I also committed a drug trafficking crime prosecutable under federal law, namely 21 U.S.C. § 846, as charged in Count 1 of the indictment, which is the basis for my violation of Count 2, to which I am pleading guilty. I hereby stipulate that the facts described above are true and correct, and I accept them as the uncontested facts of this case.

4. I stipulate and agree to forfeit any and all interest I may have in the following property to the United States because the property constitutes contraband, instrumentalities of my offenses, or proceeds traceable to the illegal activity described in the indictment or was used or intended for use to facilitate the offense described in the indictment:

Factual Basis - Page 2

a. ~~a money judgment in the amount of $5,000.00, which represents proceeds obtained by me as a result of the offense alleged in the indictment and relevant conduct, for which I am personally liable.~~

[Handwritten:] An M.A.B. C. Pistol Cal. 380, SN: 311061, and 6 rounds of Winchester-Western Ammunition Cal. 380, which were seized from the defendant during relevant conduct for the offense of conviction.

Dated: 9-2-21

_/s/ Dusty Racquel Dudley_
DUSTY RAQUEL DUDLEY
Defendant

I have reviewed this Factual Basis with the defendant. Based on these discussions, I am satisfied that she understands the terms and effect of the Factual Basis and that she has signed it voluntarily.

Dated: 9-2-21

_/s/ Bobby Mims_
BOBBY MIMS
Attorney for Defendant

Factual Basis - Page 3