IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 6:20-CR-97 |
| DUSTY RAQUEL DUDLEY (07) | § § | |

## PRELIMINARY ORDER OF FORFEITURE

In the Notice of Intention to Seek Criminal Forfeiture included in the indictment filed in the above case, the United States sought forfeiture of the below listed property belonging to the defendant, **Dusty Raquel Dudley**, as property subject to forfeiture:

**Firearm/Ammunition:**

Any and all firearms, ammunition and accessories seized from the defendant, including but not limited to the following:

(1)   M.A.B. C Pistol CAL:380 SN:311061
(2)   6 Rounds of Winchester-Western Ammunition CAL:380

On September 22, 2021, the defendant entered a plea of guilty as to Count 2 of the indictment, which charges a violation of 18 U.S.C. § 924(c), use, carrying, or possession during and in furtherance of a drug trafficking crime, and admitted to the allegations contained in the Notice of Intention to Seek Criminal Forfeiture included in the indictment.

By virtue of said plea and admission, the United States is now entitled to possession of the above listed property pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32(b)(2) of the Federal Rules of Criminal Procedure.

**Preliminary Order of Forfeiture - Page 1**

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1.      That based upon the plea and admission of defendant and the findings entered by this Court, the United States is hereby authorized to seize the above-described property, and it is hereby forfeited to the United States for disposition in accordance with the law.

2.      That the aforementioned forfeited property is to be held by the seizing/custodial agency, in its custody and control.

3.      That pursuant to 21 U.S.C. § 853(n)(1), Supplemental Rule G(4)(a)(vi)(C), and the Attorney General's authority to determine the manner of publication of an Order of forfeiture in a criminal case, the United States forthwith shall publish for at least 30 consecutive days at www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct and notice that any person, other than the defendant, having or claiming a legal interest in the above-mentioned forfeited property must file a petition with the Court within 60 days of the first day of publication of the notice on the official government internet web site, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

4.      This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property, and any

**Preliminary Order of Forfeiture - Page  2**

additional facts supporting the petitioners claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

5.      The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.